# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FRANK HERIN, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) THE MEET GROUP, INC., ) ) Defendant. ) | Case No. 2023 cv 13759 |

## DISCLOSURE OF AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 of the United States District Court of the Northern District of Illinois, the undersigned counsel for The Meet Group, Inc. certifies that the following entities hold, either directly or indirectly, 5% or more of The Meet Group, Inc:

1. ProSiebenSat.1 Media SE (a publicly traded company)

2. General Atlantic Cooperatief U.A.

3. ParshipMeet Holding GmbH

4. ParshipMeet U.S. Holding, Inc.

5. Parship Group GmbH

6. 7Love Holding GmbH

Dated: September 15, 2023

THE MEET GROUP, INC.

*/s/ Amy L. Lenz*
Joel C. Griswold
(jcgriswold@bakerlaw.com)
Amy L. Lenz
(alenz@bakerlaw.com)
**BAKER & HOSTETLER LLP**

One North Wacker Drive, Suite 4500
Chicago, Illinois 60606-2841
Telephone: (312) 416-6200

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that she caused a true copy of the foregoing Disclosure of Affiliates to be served on counsel of record via email on September 15, 2023 to:

Michael L. Fradin, Esq.
8 N. Court St. Suite 403
Athens, Ohio 45701
Telephone: 847-986-5889
Facsimile: 847-673-1228
Email: mike@fradinlaw.com

James L. Simon
Simon Law Co.
5000 Rockside Road
Liberty Plaza – Suite 520
Independence, OH 44131
Telephone: (216) 816-8696
Email: james@simonsayspay.com

                                                          */s/ Amy L. Lenz*